IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| **JARROD D. MASSEY** | ) | (WO) |

## ORDER

It is ORDERED that defendant Jarrod D. Massey's motion for release (Doc. No. 1774) is set for hearing on August 31, 2011, at 11:00 a.m. in the Frank M. Johnson Jr. United States Courtroom 2FMJ, One Church Street, Montgomery, Alabama. The government is to arrange for the presence of defendant Massey.

DONE, this the 30 day of August, 2011.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**