IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:10cr186-MHT |
| JARROD D. MASSEY | ) | (WO) |

## OPINION AND ORDER

Before the court is defendant Jarrod D. Massey's motion, filed August 29, 2011, for release, pending sentencing, on the previously set conditions of bond. A hearing was held on August 31, 2011.

On October 1, 2010, a grand jury returned a 14-count indictment against Massey charging him with a number of crimes related to conspiracy, bribery, and honest-services fraud. Following his arrest, Massey was released on a $ 300,000 bond, subject to conditions of release. Pursuant to a plea agreement, he pleaded guilty to six of the conspiracy and bribery charges, and the remaining honest-services charges were dismissed. Massey's motion for voluntary surrender was filed and

granted January 14, 2011. Massey's current motion for release, pending sentencing, followed.

Under 18 U.S.C.§ 3143(a), defendants may seek release from detention pending sentencing where "the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released," subject to the conditions of 18 U.S.C. § 3142(b)-(c). From there, the statutory language provides: "If the judicial officer makes such a finding, such judicial officer shall order the release of the person in accordance with section 3142(b) or (c)." At the August 31 hearing before the court on this matter, the government conceded that Massey has satisfied all of the requirements of §§ 3143 and 3142. The court finds similarly. Therefore, pursuant to the statute, Massey should be released.

***

Accordingly, it is ORDERED that defendant Jarrod D. Massey's motion for release pending sentencing (doc. no. 1774) is granted. The magistrate judge is to set the conditions of release.

DONE, this the 31st day of August, 2011.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**