IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )    CRIMINAL ACTION NO.
                            )       2:10cr186-MHT
JARROD D. MASSEY            )          (WO)
```

ORDER

Based upon the representations made on the record on March 15, 2012, it is ORDERED as follows:

(1) The government's motion to continue sentencing (doc. no. 2411) is granted.

(2) Sentencing for defendant Jarrod D. Massey, now set for April 23, 2012, is continued to July 16, 2012, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(3) The parties' sentencing memoranda are due by July 9, 2012.

DONE, this the 16th day of March, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE