IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr186-MHT |
| | ) | (WO) |
| JARROD D. MASSEY | ) | |

## ORDER

Upon consideration of defendant Jarrod D. Massey's petition for early termination of supervised release and the response of the probation department noting defendant Massey's compliance with all terms of supervised release, stable employment, and completion of 72 % of his term of supervision, and based on the government's lack of opposition to early termination, it is ORDERED that:

(1) The petition (doc. no. 2542) is granted.

(2) Defendant Jarrod D. Massey's term of supervised release is terminated effective immediately, and he is discharged.

DONE, this the 4th day of December, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**